UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMA ELLIOTT-LIND,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:16-cv-03113-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND** |

Before the Court is the parties' Stipulated Motion for Remand, ECF No. 19.

Based on the stipulation of the parties, the case is reversed and remanded for further administrative proceedings.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand, ECF No. 19, is **GRANTED**.

2. All pending motions are denied, as moot.

3. The decision of the Administrative Law Judge (ALJ) is reversed and remanded for further administrative proceedings, including a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g).

4. On remand, an ALJ shall offer Plaintiff an opportunity for a new hearing, further develop the record, and issue a new decision. The ALJ shall also:

///

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND** ~ 1

(1) reassess whether Plaintiff meets or equals a listing, including Listing 1.06; (2) reevaluate and weigh the medical opinions of record and resolve any conflicts among the opinions, with reference to specific evidence of record, with specific consideration of Dr. Burkett; (3) reevaluate Plaintiff's allegations regarding symptoms and limitations; (4) if warranted, reassess the residual functional capacity; (5) obtain supplement vocational expert evidence; and (6) further determine whether Plaintiff could perform the physical and mental demands of her past relevant work.

5. Reasonable attorneys fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

6. The District Court Executive is directed to enter judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 1st day of March, 2017.



                              Stanley A. Bastian
                              United States District Judge

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR REMAND** ~ 2